IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SILAS MARTIN,                    )
                                 )
    Plaintiff,                   )
                                 )
                                 )      CIVIL ACTION NO.
    v.                           )        2:15cv191-MHT
                                 )            (WO)
WARDEN CHRISTOPHER GORDY,        )
                                 )
    Defendant.                   )
```

JUDGMENT

Having considered the plaintiff's notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 30th day of April, 2015.**

                                                  <ins>/s/ Myron H. Thompson</ins>
                                                **UNITED STATES DISTRICT JUDGE**